FILED

MAR 1 8 2008

MAR 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
vs. )
)
ROSALYN LYNCH )

No. 08CR 229

JUDGE COAR

Violation: Title 18, United States
Code, Section 641

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

The UNITED STATES ATTORNEY charges:

Beginning in or around November 2003, continuing to in or around June 2007, at

Chicago, in the Northern District of Illinois, Eastern Division,

ROSALYN LYNCH,

defendant herein, did steal, purloin, and knowingly convert to her own use money belonging to

the United States, namely, approximately $46,435.00 in funds administered by the Social

Security Administration as part of its Retirement Insurance Benefits program, which funds

defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

UNITED STATES ATTORNEY