# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 229-1 | **DATE** | March 26, 2008 |
| **CASE TITLE** | USA vs. Rosalyn Lynch | | |

**DOCKET ENTRY TEXT:**

Arraignment and Plea held on 3/25/2008. Defendant appeared with counsel and waived the reading of the information. Waiver of Indictment forthcoming. Defendant entered a plea of not guilty to the Information. Government tendered Local Criminal Rule 16.1. Tentative Change of Plea and Status hearing set for April 28, 2008 at 9:30 a.m. Enter Order Setting Conditions of Release - own recognizance bond. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 4/28/2008 (X-T).

Docketing to mail notices.

00::5

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|