Order Form (01/2005)

*MHN*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 229 -1 | **DATE** | 4/28/2008 |
| **CASE TITLE** | USA vs. Rosalyn Lynch | | |

**DOCKET ENTRY TEXT:**

Status hearing held on 4/28/2008. Change of Plea Hearing held on 4/28/2008 . The defendant waived indictment - waiver contained in the Plea Agreement at page 10, pargraph 20(a). Defendant appeared with attorney. Defendant withdraws not guilty plea and enters a plea of guilty to the information. The Court finds that the defendant is competent, after a lengthy colloquy as to the defendant's rights, to enter into the plea agreement. The Court accepts the plea and enters a Judgment of guilty to the information . Order cause referred to the Probation Office for presentence investigation. Sentencing hearing is set for July 23, 2008 at 9:30 a.m. Defendant's bond to remain in place.

Docketing to mail notices.

32 minutes

| | Courtroom Deputy | PAMF |
|---|---|---|